JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE GIBBS, | Case No. 2:19-cv-07919-CJC-MAA |
| Petitioner, | **JUDGMENT** |
| v. | |
| CDCR SECRETARY, | |
| Respondent. | |

Pursuant to the Order Granting Petitioner's Motion to Withdraw His Petition filed herewith,

IT IS ORDERED AND ADJUDGED that the Petition is dismissed without prejudice.

DATED: October 7, 2019

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE